# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE RECREATION AND PARK
COMMISSION FOR THE PARISH OF
EAST BATON ROUGE

VERSUS

SID J. GAUTREAUX, III, IN
HIS CAPACITY AS SHERIFF OF
EAST BATON ROUGE PARISH

### CONSOLIDATED WITH

CITY OF BATON ROUGE/PARISH
OF EAST BATON ROUGE

VERSUS

SID J. GAUTREAUX, III, IN
HIS OFFICIAL CAPACITY AS
SHERIFF OF EAST BATON ROUGE
PARISH AND EX OFFICIO
COLLECTOR OF EAST BATON
ROUGE AD VALOREM TAXES

### CONSOLIDATED WITH

SID J. GAUTREAUX, III, IN
HIS OFFICIAL CAPACITY AS
SHERIFF OF EAST BATON ROUGE
PARISH AND EX OFFICIO
COLLECTOR OF EAST BATON
ROUGE AD VALOREM TAXES

VERSUS

CITY OF BATON ROUGE/PARISH
OF EAST BATON ROUGE

NO. 2024 CW 0793

**NOVEMBER 4, 2024**

---

In Re: City of Baton Rouge/Parish of East Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 725439 c/w 741325 c/w 727552.

---

**BEFORE: McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**

                              **JEW**
                              **WIL**

McClendon, J., would not consider the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT